# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| STATE AUTO PROPERTY & CASUALTY INSURANCE COMPANY, as subrogee of SOUTHERN KNOLLS, LCC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>QUIKTRIP CORPORATION,<br><br>　　　　　　Defendant, | **CIVIL NUMBER:  4:22-cv-00032-RGE-WPK**<br><br>**JUDGMENT IN A CIVIL CASE** |

☐ **JURY VERDICT.**  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT**.  This action came before the Court.  The issues have been considered and a decision has been rendered.

　　　**IT IS ORDERED AND ADJUDGED**:

Pursuant to the Order Re: Pending Motions [64], Defendant's Motion for Summary Judgment is granted. Judgment entered in favor of Defendant and against Plaintiff.

Date: July 27, 2023

　　　　　　　　　　　　　　　　　　　　　　　　CLERK, U.S. DISTRICT COURT

　　　　　　　　　　　　　　　　　　　　　　　　/s/  Kandy Sands
　　　　　　　　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　　　　　　　By: Deputy Clerk